COMMONWEALTH *v.* H. M. STELL.

**Criminal Law — Selling Intoxicating Liquor to Minor — Landlord's Liability.**
The selling of liquor to a minor without the written order of his parent, guardian, etc., is a personal offense by the one who actually sells, and does not make the landlord liable unless it can be proven by sufficient evidence that he knew of, or authorized, or assented to it.

APPEAL FROM NICHOLAS CIRCUIT COURT.

June 11, 1867.

OPINION OF THE COURT BY JUDGE WILLIAMS:

The selling of liquor to a minor without the written order of his parent, guardian, etc., is a personal offense by the one who actually sells, and does not make the landlord liable unless it can be presumed from the evidence he knew of, or authorized, or assented to it.

The selling as proved was by the barkeeper and the evidence does not authorize the inference that the defendant authorized, approbated, or knew of it.

Wherefore, the judgment is affirmed.